**Motion Denied; Order filed March 5, 2020.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-19-00679-CR
_____

**JESSE STEVEN CASTRO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 183rd District Court
Harris County, Texas
Trial Court Cause No. 1555464**

---

## ORDER

Appellant is represented by appointed counsel, Cheri Duncan. Appellant's brief was originally due **November 22, 2020.** On appellant's motions, we have extended the time for appellant to file his opening brief for a total of 90 days until February 24, 2020. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed by the due date. On February 24, 2020, counsel filed a further motion to extend

time to file appellant's brief, requesting another 30-dayextension. Counsel did not allege any exceptional circumstances in appellant's most recent motion.

We deny appellant's February 24, 2020, motion to extend time to file appellant's brief and issue the following order.

We order Cheri Duncan to file a brief with the clerk of this court **on or before March 13, 2020**. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.